McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
ANNE E. PINGS
Assistant U.S. Attorneys
501 "I" Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2700

FILED

AUG 1 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEALED

In Re: Search of            )
                            )   Misc. No.
      [SEALED]              )
                            )   SEALING ORDER
                            )
_____)   2:06-SW-0207 DAD

SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the application for search warrant and affidavit in support thereof in the above referenced matter shall be sealed until the first arrest of a defendant identified therein, or until further order of the Court.

DATED: August 14, 2006

_____
DALE A DROZD
United States Magistrate Judge